UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEAN WHITE § § **Plaintiff** § § VS. § § BANK OF AMERICA, N.A. § § **Defendant** § | CIVIL ACTION NO. 4:21-cv-1134 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, SEAN WHITE Plaintiff and BANK OF AMERICA, N.A. Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), and jointly request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   May 26, 2021   FOR SEAN WHITE, Plaintiff

BY:   _/S/   R. Bruce Tharpe_
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800

Federal Bar ID 13098

DATED: May 26, 2021   FOR BANK OF AMERICA, N.A. Defendant

BY: __*/s/ Ian A. Wright*__
Ian A. Wright
Texas Bar No. 24099250
Federal Bar No. 3027138
ian.wright@morganlewis.com
Vanessa M. Garza
Texas Bar No. # 24116415
Federal Bar No. 3546752
vanessa.garza@morganlewis.com
MORGAN, LEWIS & BOCKLUS, LLP
1000 Lousiana Street, Suite 4000
Houston, Texas 77002-5005
(713) 890-5000 – Office
(713) 890-5001 - Fax