United States District Court
Southern District of Texas
**ENTERED**
May 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEAN WHITE § | |
| § | **CIVIL ACTION NO. 4:21-cv-1134** |
| **Plaintiff** § | |
| § | |
| VS. § | |
| § | |
| BANK OF AMERICA, N.A. § | |
| § | |
| **Defendant** § | |

### ORDER ON PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that, on this day came to be heard the Parties' Joint Stipulation of Dismissal and the Court hereby rules that said motion is hereby: **AFFIRMED**.

It is therefore **ORDERED** that Bank of America, N.A. is hereby dismissed from this action with prejudice. The Parties shall bear their own costs and fees incurred during this litigation.

SIGNED this **28** day of **May**, 2021.

BY: _____
HON. UNITED STATES JUDGE PRESIDING